

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Matter of the Marriage of John Paul Moncey and Tammie Jo Moncey

No. 06-12-00054-CV

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 11-0192). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Hill* participating. *Justice, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's judgment finding that the 1967 Chevrolet Corvette, vehicle identification number 194377S100978, was community property and render judgment that it is John Paul Moncey's separate property. We affirm the trial court's judgment in all other respects.

We further order that the appellant, John Paul Moncey, pay seventy-five percent and appellee, Tammie Jo Moncey, pay twenty-five percent of the costs of this appeal.

RENDERED MAY 17, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk